United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OSCAR VENEGAS AVILA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:26-CV-08721** |
| | § | |
| **RANDY TATE, GABRIEL MARTINEZ, MARKWAYNE MULLIN and TODD BLANCHE,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

## ORDER TO SHOW CAUSE

Oscar Venegas Avila is detained at the Montgomery Processing Center in Conroe, Texas, in the custody of the Department of Homeland Security and Warden Randy Tate. He filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. No. 1). The Court finds good cause to give the Respondents seven days to respond to this Order. *See* 28 U.S.C. § 2243.

The Respondents are **ORDERED** to file an answer no later than **October 14, 2026,** that shows cause why the writ should not be granted. The Respondents' answer must include all records relevant to the resolution of Avila's habeas petition. Avila may file a reply to the Respondents' answer no later than **October 19, 2026.** The Court will decide whether a hearing is necessary after reviewing the briefing.

The Clerk of Court is **DIRECTED** to deliver a copy of the petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov.

It is SO ORDERED.

Signed on October 6, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**